ELON · G. CARPENTER, APPELLANT, *v.* THOMAS GREEN AND JAMES GREEN, RESPONDENTS.

*Summary proceedings — when appeal does not lie from judgment in.*

APPEAL was brought from a judgment of the County Court of Ontario county, reversing the judgment of a justice of the peace, rendered upon the verdict of a jury, in summary proceedings instituted by the plaintiff as landlord to remove the defendants as tenants.

The court was of opinion that no appeal to this court in cases like this has been given. It is a special proceeding, and the Code relates only to appeals in civil actions. The act of 1854, in relation to special proceedings (chap. 270), is confined to appeals from an order or final determination, made at a Special Term of the same court, and does not authorize an appeal from such order or determination of a County Court. That as the act of 1849, to amend the Revised Statutes in relation to summary proceedings to recover the possession of land, expressly provides that the decision of the county judge shall be final, the court had no alternative but to dismiss the appeal. (Laws 1849, chap. 193, § 5, sub. 2; *Deuel* v. *Rust*, 24 Barb., 438, 446.)

*Spencer Gooding*, for the appellant.

*Henry Brush*, for the respondents.

Opinion by GILBERT, J.

Appeal dismissed without costs.